**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re | Chapter 11 |
| BIZGISTICS, INC. | Case No. 3:21-bk-02197-RCT |
| Debtor. _____/ | |

**MOTION TO SET DEADLINE**
**FOR READYCAP LENDING, LLC**
**TO FILE RESPONSE TO DEBTOR'S**
**OBJECTION TO CLAIM NO. 3 AND MOTION TO VALUE AND**
**DETERMINE SECURED STATUS OF READYCAP LENDING, LLC CLAIM**
**(Doc. No. 139)**

Bizgistics, Inc. ("**Debtor**"), by and through undersigned counsel, files this Motion to Set Deadline ("**Motion**") for ReadyCap Lending, LLC ("**ReadyCap**") to File Response to Debtor's Objection to Claim No. 3 and Motion to Value and Determine Secured Status of ReadyCap Lending, LLC Claim ("**Objection**") (Doc. No. 139), and in furtherance thereof states as follows.

1. Debtor filed its Objection on February 11, 2022, objecting to Claim 3-1 filed by ReadyCap, and seeking to value and determine the secured status of Claim 3-1 filed by ReadyCap.

2. On March 10, 2022, the Court held a hearing to consider confirmation of the Debtor's Modified Amended Subchapter V Plan of Liquidation (Doc. No. 181), at which the Court discussed the Objection and noted that if ReadyCap consented, the Court would consider the Objection as a contested matter without the need for an adversary proceeding.

3. On March 14, 2022, ReadyCap informed the Debtor that it consents to have the Objection heard as a contested matter.

4. The Objection has been pending for nearly two months and ReadyCap has not filed a response. The Debtor respectfully requests that the Court establish a deadline by which

ReadyCap must respond to the Objection (failing which the Debtor may submit a proposed order) so that the matter may be resolved in due course.

WHEREFORE, the Debtor respectfully requests that the Court: (1) Grant the Motion and enter an order establishing a deadline by which ReadyCap must file a response to the Objection; (2) allow the Debtor to submit a proposed order granting the Objection if ReadyCap fails to file a response by the deadline established by the Court; (3) and grant such further relief as the Court deems to be just and proper.

Dated: April 5, 2022.

                                                Respectfully submitted,

                                                /s/ Adam Gilbert
                                                Megan W. Murray
                                                Florida Bar Number 0093922
                                                Adam M. Gilbert
                                                Florida Bar Number 1011637
                                                UNDERWOOD MURRAY, P.A.
                                                100 N. Tampa St., Suite 2325
                                                Tampa, FL 33602
                                                Tel: (813) 540-8401 / Fax: (813) 553-5345
                                                Email: mmurray@underwoodmurray.com
                                                                agilbert@underwoodmurray.com
                                                *Counsel to the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, on April 5, 2022, including the United States Trustee, who is registered to receive electronic notices in this case and to the following via U.S. Mail on April 5, 2022

ReadyCap Lending, LLC
200 Connell Drive, Suite 4000
Berkeley Heights, NJ 07922

                                                /s/ Adam Gilbert
                                                Adam Gilbert, Esq.