# COMPOSITE EXHIBIT A

**BIZGISTICS Doc. 117**

| Date | User | Description | Time | Fee |
|---|---|---|---|---|
| 12/30/2021 | MM | Review and revise order related to McGee sale | 0.20 | $83.00 |
| 12/30/2021 | AG | Draft proposed sale order approving sale to D/ McGee and circulate for comment prior to submission to court | 0.90 | $270.00 |
| 12/29/2022 | MM | Strategy RE Sale Motion and hearing (.2)and email with D Etlinger re same (.1) | 0.30 | $124.50 |
| 12/29/2021 | AG | Prepare for and argue Sale Motion at hearing (1.4). Call with C. Morgan re: status of prior sales and need for lien releases (.2). | 1.60 | $480.00 |
| 12/28/2021 | AG | Prep for (.2) and attend call with D. Giles in advance of sale hearing (.2). Begin preparing for sale hearing (.4) | 0.80 | $240.00 |
| 12/27/2021 | MM | Confer with D, S Giles, E Johanson, C Morgan, D Etlinger re sales titles, hearing and response to Mr. Etlinger's request (.2) | 0.20 | $83.00 |
| 12/27/2021 | DS | Draft Notice of Hearing on Debtor's Emergency Motion for Sale of Assets Free and Clear of All Liens Claims and Encumbrances pursuant to 11 U.S.C. § 363 and file Notice of Hearing (.1). | 0.10 | $14.00 |
| 12/27/2021 | AG | Review and approve notice of hearing on emergency motion to sell (McGee) | 0.10 | $30.00 |
| 12/23/2021 | DS | File Emergency Motion to Sell Property Free and Clear of Liens (.1); file Certificate of Necessity and Request for Expedited Hearing re Emergency Motion (.1). | 0.20 | $28.00 |
| 12/22/2021 | MM | Communicate with D McGee re Trucks, status and timing of future sales | 0.20 | $83.00 |
| 12/22/2021 | AG | Review and revise D. McGee Sale Motion | 0.30 | $90.00 |
| 12/21/2022 | MM | Communicate again with C Morgan re titles (.1) and strategy re alternatives (.1). | 0.20 | $83.00 |

**BIZGISTICS Doc. 117**

| Date | User | Description | Time | Fee |
|---|---|---|---|---|
| 12/21/2021 | MM | Address issue with D Giles related to insurance request / demand for a truck damaged in an accident. | 0.80 | $332.00 |
| 12/19/2021 | MM | Follow up with D Giles re Nazir Deposit, other sales issues and 364 issue. | 0.20 | $83.00 |
| 12/17/2022 | MM | Communicate with D Giles and ReadyCap re Wires, towing, titiles and disposisions. | 0.30 | $124.50 |
| 12/16/2021 | MM | Advance comm re Del McGee re Purchase Agreement (.2) | 0.20 | $83.00 |
| 12/15/2021 | AG | Edit McGee sale motion and circulate to MWM (.5) (No Charge) | 0.00 | $0.00 |
| 12/15/2021 | MM | Call with D / S Giles re sale of vehicles, MD Towing issues, and statusof titles (.3) send contract to Del McGee with communications via email and phone (.2) and advance towing costs issues with ReadyCap counsel and D / S Giles (.3) | 0.80 | $332.00 |
| 12/15/2021 | DS | Draft Proof of Service of Order Granting in Part Debtor's Emergency Motion for Sale of Assets Free and Clear of All Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. § 363 and ; file Proof of Service (.1); draft Proof of Serice of Order Granting in Part Debtor's Emergency Motion for (I) Sale of Assets Free and Clear of all Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. § 363; and (II) Approval of Post-Petition Financing Pursuant to 11 U.S.C. § 364 Effective as of October 22, 2021 and file Proof of Service (.1). | 0.20 | $28.00 |

**BIZGISTICS Doc. 117**

| Date | User | Description | Time | Fee |
|---|---|---|---|---|
| 12/14/2021 | DS | Upload Order Granting in Part Debtor's Emergency Motion for Sale of Assets Free and Clear of All Liens, Claims, and Encumbrances Pursuant tto 11 U.S.C. § 363 (.1); upload Order Granting in Part Debtor's Emergency Motion for (I) Sale of Assets Free and Clear of all Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. § 363; and (II) Approval of Post-Petition Financing Pursuant to 11 U.S.C. § 364 Effective as of October 22, 2021 (.1). | 0.20 | $28.00 |
| 12/13/2021 | AG | Implement revisions suggested by ReadyCap to sale orders | 0.20 | $60.00 |
| 12/12/2021 | AG | Review edits Nazir Sale Order (.2). Finalize draft of Hutson Sale Order and circulate to counsel for banner, readycap, ust, and subV trustee for comment (.5). | 0.70 | $210.00 |
| 12/10/2021 | AG | Final preparation in advance of hearing on Nazir/Hutson Sale Motions (1.9). Attend and argue sale motion hearing (.3). Call with D. Giles post hearing (.3). Email counsel for ReadyCap re: releasing lien on titles (.1). Begin drafting proposed order granting Nazir Sale Motion (2.8) | 5.40 | $1,620.00 |
| 12/9/2021 | DS | Draft Notice of Hearing on Emergency Motion for Sale of Assets Free and Clear of All Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. § 363 and file Notice of Hearing (.1); draft Notice of Hearing on Emergency Motion for Sale of Assets Free and Clear of All Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. § 363 and (II) Approval of Post-Petition Financing Pursuant to 11 U.S.C. § 364 and file file Notice of Hearing (.1). | 0.20 | $28.00 |

**BIZGISTICS Doc. 117**

| Date | User | Description | Time | Fee |
|---|---|---|---|---|
| 12/9/2021 | AG | Draft response to inquiry from C. Morgan re: sale motions (.4) and call with C. Morgan re: opposition to surcharge request (.2) | 0.60 | $180.00 |
| 12/9/2021 | AG | Prepare for hearing on Emergency Sale Motions for Nazir and Hutson sales by reviewing surcharge case law, reviewing motions, and sale contracts (2.8) | 2.80 | $840.00 |
| 12/8/2021 | MM | Work on sale motions and revisions to facilitate expediting of same, filing and preparation with A Gilbert for emergency motion hearing. | 0.50 | $207.50 |
| 12/8/2021 | MM | Communicate with insurer re Insurance issues (.5) | 0.20 | $83.00 |
| 12/8/2021 | DS | Revise, finalize and assemble exhibits for Emergency Motion for Sale of Assets Free and Clear of All Liens Claims and Encumbrances pursuant to 11 U.S.C. § 363 (.1); file Emergency Motion (.1); file Certificate of Necessity and Request for Hearing (.1); revise, finalize and assemble exhbits to Emergency Motion for Sale of Assets Free and Clear of All Liens Claims and Encumbrances Pursuant to 11 U.S.C. § 363 and (II) Approval of Post-Petition Financing Pursuant to 11 U.S.C. § 364 Effective as of October 1, 2021 pursuant to 11 U.S.C. §§ 363 and 364 (.1); file Emergency Motion (.1); file Certificate of Necessity and Request for Hearing (.1); file Notice of Filing Declaration of Darrell Giles, GEO of Bizgistics, Inc. Regarding Connection with Proposed Purchasers of Debtor Assets and Fair Value of Vehicle Sales (.1) | 0.60 | $84.00 |

**BIZGISTICS Doc. 117**

| Date | User | Description | Time | Fee |
|---|---|---|---|---|
| 12/8/2021 | AG | Implement final edits to emergency sale motions for Nazir and Hutson sales (.5). Revise certificates of necessity for emergency motions (.2). Implement additional round of edits to emergency motions and accompanying certificates of necessity and circulate to MWM for review (.3). Advance same for filing (.4). | 1.40 | $420.00 |
| 12/7/2021 | AG | Email client re: McGee contract (.2). Revise Hutson sale motion (.2). | 0.40 | $120.00 |
| 12/6/2021 | AG | Email S. Giles and D. Giles re: Ifran and Hutson sale motions (.2). | 0.40 | $120.00 |
| 12/1/2021 | AG | Comunicate with C Morgan again re titles and manage collection issues. (.2) | 0.20 | $60.00 |
| 12/1/2021 | AG | Review dmv website to locate titles per request of client (.4). And review process for receiving copies of titles (.7) | 1.10 | $330.00 |
| 11/30/2021 | MM | call to Corpsmart re Old Republic / titles and work on extraction of title issues (.4) Communicate with Clive Morgan and D Giles re titles, status of sales (.6) | 1.00 | $415.00 |
| 11/29/2021 | AG | Research 364 standards (.7) Further revise Ifran sale motion to include 364 relief (1.9). Draft proposed email to D. Giles to accompany revised sale motion (.3) | 2.90 | $870.00 |
| 11/23/2021 | AG | Call with D. Giles re: titles to vehicles and sale to Ifran (.4). Reach out to counsel for ReadyCap re: titles (.3 | 0.70 | $210.00 |
| 11/22/2021 | AG | Revise draft sale motions to Nazir, Sawka, McGee and Hudson to incorporate MWM edits and comments (2.2) circulate to client (.2) and further revise based off of D. Giles comments (.2) | 2.60 | $780.00 |
| 11/19/2021 | AG | Revise sale motions to include surcharge section and prepare exhibits with list of trucks (1.5) | 1.50 | $450.00 |

**BIZGISTICS Doc. 117**

| Date | User | Description | Time | Fee |
|---|---|---|---|---|
| 11/18/2021 | MM | Send titles to AZ buyer's lender with comment re sale, timing. | 0.20 | $83.00 |
| 11/18/2021 | AG | Call with D. Giles re: issues with newwave bid (.7) | 0.70 | $210.00 |
| 11/17/2021 | AG | Organize sales deposits, accounting and timing / payment history for deposits for Trust Accounting in connection with sales (.8) | 0.80 | $240.00 |
| 11/16/2021 | MM | Review / revise declaration, emails re sellers, updated pricses and compare with auction timing and proces (.6) | 0.60 | $249.00 |
| 11/16/2021 | AG | Update master sale list (1.1). Revise Sale Motion to create inidivudal sale motions for each individual sale (.8). Draft declaration to be used in connection with sale (.2). | 2.10 | $630.00 |
| 11/15/2021 | MM | Call lender for AZ buyer and discuss documents and timing (.2) address sales, admin and surchage issues given time and expense of negotiating private sales (.6). | 0.20 | $83.00 |
| 11/15/2021 | AG | Create excel chart to track sales/deposits (.4). Send follow up emails re: excel tracking sheet (.2). Update excel sheet to include additional potential sale details (1.3). Emails to S. giles and D. giles re: status of deposits (.3). Conf with MWM re: status of sale agreements, deposits, and timing of sales (.4). Revise draft sale motions (.3) | 2.90 | $870.00 |
| 11/12/2021 | MM | Email to C Morgan re Hutsonand AZ Sales | 0.10 | $41.50 |
| 11/12/2021 | MM | Receipt of wire trasnfers from various deposit holders and advancement of issues in connection sales and documentation of same | 0.60 | $249.00 |

**BIZGISTICS Doc. 117**

| Date | User | Description | Time | Fee |
|---|---|---|---|---|
| 11/11/2021 | MM | Calls with S Giles & D McGee re puchase / timing issues (.3) Follow up email with D Giles re purchasers' requests for glass replacement and review of related emails (.2) Strategy re wires and sale motions / timing and address private sale prices, spreadsheet (.6) | 1.10 | $456.50 |
| 11/1/2021 | MM | Email to C Morgan re Bizgisticss sales and status update. | 0.10 | $41.50 |
| 11/11/2021 | AG | Finalize edits to moecker agreement and circulate to MWM(.3). | 0.30 | $90.00 |
| 11/11/2021 | AG | Add footnote reserving right to surcharge to motion to sell (.1). Email S. Giles and D. Giles re: deposits and sale agreements (.1). Retrieve appraisal values for MWM (.1) | 0.30 | $90.00 |
| 11/10/2021 | AG | ADJUST Revise initial draft of motion to approve sale and circulate to MEM (.7). Compare actual offers received to initial offers (1.2). Redline Moecker agreement for auction of trucks (1.0) | 2.90 | $870.00 |
| 11/9/2021 | AG | Meeting with M. Murray re: drafting of sale motion for vehicles seeking hybrid relief (.6). Begin drafting renewed sale motion seeking mix of private sale and auction | 2.00 | $600.00 |
| 1/4/2021 | AG | Review email from Sue, revise section of sale agreement to specifically address insurance, draft sample exhibit A and circulate all to S. Giles. | 0.50 | $150.00 |
| 11/3/2021 | MM | Call with D Giles re contract, Arizona buyers and status (.2) | 0.20 | $83.00 |
| 11/3/2021 | AG | Email draft contracts to S. Giles and D. Giles and forward message from ReadyCap (.4) | 0.40 | $120.00 |
| 11/2/2021 | AG | Review spreadsheet re: sale (.2) and send email with follow up questions re: same (.1). Call with D. Giles re additional questions regarding columns on sale spreadsheet (.2) | 0.50 | $150.00 |

**BIZGISTICS Doc. 117**

| Date | User | Description | Time | Fee |
|---|---|---|---|---|
| 11/1/2021 | MM | Calls with D Giles re individual sales .2, follow up on and review status of service truck / accident truck and related litigaiton positions vis a vis Banner .7, email re turck contract .1 | 1.00 | $415.00 |
| 10/29/2021 | AG | Review and revise latest draft of contract for sale of trucks | 0.40 | $120.00 |
| 10/28/2021 | AG | Draft initial draft of contract for purchase and sale of vehicles (2.8) | 2.80 | $840.00 |
| 10/28/2021 | MM | Prepare for and attend Bizgistics hearing on Motion to Sell | 1.00 | $415.00 |
| 10/27/2021 | MM | review vehicles sales agreement and revise with comment (.3) | 0.30 | $124.50 |
| 10/26/2021 | AG | Call with S. Giles and D. Giles re: auction process and auction proposals (.5). Call with Ready Cap counsel re: proposed sale process (.2) | 0.00 | $0.00 |
| 10/26/2021 | MM | Call with S / D Giles (.5) and C Morgan re Auction Process (.2) | 0.70 | $290.50 |
| 10/26/2021 | MM | Review insurance preview from Brown Insurance .(.2) email to C Morgan re status of case and issues related to trucks. (.1) | 0.30 | $124.50 |
| 10/25/2021 | MM | Call M Healy re auction status (.2) prepare for status confernce (.4) | 0.60 | $249.00 |
| 10/24/2021 | MM | communicate with ReadyCap re storage (.1) | 0.10 | $41.50 |
| 10/21/2021 | MM | Review email re bids and auction from S D Giles and address questions re same (.2) address issues with proposal by Hamilton (.4) | 0.60 | $249.00 |
| 10/20/2021 | AG | Revise chart of trucks to be sold and and circulate to MWM in advance of hearing (1.6). | 1.60 | $480.00 |
| 10/17/2021 | MM | Call Morgan re Hamilton group, auction, sale issues and cash collateral use (.5) Strategy re surcharge issues for unsecured creditors and admin claimants (.5) | 1.00 | $415.00 |

**BIZGISTICS Doc. 117**

| Date | User | Description | Time | Fee |
|---|---|---|---|---|
| 10/13/2021 | DS | Draft Notice of Hearing on Debtor's Exedited Motion for Sale of Assets Free and Clear of All Liens, Claims, and Encumbraces Pursuant to 11 U.S.C. § 363 and ile Notice of Hearing | 0.10 | $14.00 |
| 10/12/2021 | MM | Call with Insurance broker (.5) | 0.50 | $207.50 |
| 10/11/2021 | MM | and insurance (.2) and storage wtih Mark Healy (.3) | 0.50 | $207.50 |
| 10/10/2021 | AG | Respond to email from MWM re: Ready Cap objection to moecker employment (.3). | 0.30 | $90.00 |
| 10/8/2021 | AG | Finalize 363 motion for sale of trucks and application to employ Moecker (.7). Leave voicemail with Hamilton Group (.2) and follow up call with Mike Knudson (.2). File and mail 363 motion and application to employ moecker (1.8). Draft Notice of Filing Service Matrix (.2) | 3.10 | $930.00 |
| 10/7/2021 | AG | Repeated correspondence with D. Giles re: trucks to be included in sale (.5). Calls with S. Giles (.3) and D. Giles (.3) re: trucks owned by Bizgisitcs and liens. Review items necessary to sell truck and strategy re: same (.5) and revise spreadsheet of trucks to be included in sale (.4) | 2.00 | $600.00 |
| 10/7/2021 | MM | Call C Morgan re sale issues (.3) call M Healy re same (.2) and address auction costs and relocation of vehicles (.7) follow up communication from M Healy re declaration (.2) address email from Ready Cap regarding appraisal (.1) | 1.50 | $622.50 |
| 10/7/2021 | MM | Call M Healy re declaration and logistis related to sale (.3) and communicate with S / D Giles re same (.2) deal with Trucks and title / auction (.8) | 1.30 | $539.50 |
| 10/6/2021 | AG | and draft list of trucks for potential auction and circulate (.5) | 0.50 | $150.00 |

**BIZGISTICS Doc. 117**

| Date | User | Description | Time | Fee |
|---|---|---|---|---|
| 10/6/2021 | AG | Draft Declaration in Support of Debtor's Application for Authorizatoin to Employ Moecker Auctions, Inc. as Auctioneer (.1) | 0.10 | $30.00 |
| 10/5/2021 | MM | Address issues with Moecker proposal, auction and review contract terms (.6) | 0.60 | $249.00 |
| 10/4/2021 | MM | call with M Healy re auction issue (.4) address quotes, motion to sell and sale motion (.7) | 1.10 | $456.50 |
| 10/4/2021 | AG | Cross reference list of vehicles to be sold with vehicle list containd in schedules (.8). Review auction proposal received from Moecker (.4) and summarize and send high level thoughts regarding same to MWM (.2) | 1.40 | $420.00 |
| 9/30/2021 | AG | Begin drafting Motion to Sell Property Pursuant to 363 to sell delivery vehicles | 0.60 | $180.00 |
| 9/30/2021 | MM | Draft applicaiton to employ M Healy | 0.30 | $124.50 |
| 9/30/2021 | MM | Call with readyCap to discuss sale, cash collateral etc. (.4) Comm with D / S Giles re readyCap issues, process, sales and truck issues (.2) Call with M Healy re sales issues (.4) | 1.00 | $415.00 |
| 9/29/2021 | MM | Follow up correspondence with M Healy (.2) and D Giles re sales issues (.4) and advance/strategy re sales process and timing, VIN #s and liens, storage issues, quick sales process, extracting of vehicles if FedEx contract is continues, contingency rates and coverage costs, insurance (1.4) | 2.00 | $830.00 |
| 9/29/2021 | MM | Call with ReadyCap to discuss Cash Collateral Motion and sales (.5), communicate with S /D Giles re ReadyCap, process, sale, oustanding items for Trustee (.2) | 0.70 | $290.50 |

**BIZGISTICS Doc. 117**

| Date | User | Description | Time | Fee |
|---|---|---|---|---|
| 9/29/2021 | MM | communicate with M Healy re auction process (.5) with follow up email to M Healy (.2) call with D Giles re trucks and sale of vehicle, hearing on salary (.2) Strategy re sale hearing, protection of Debtor' svalue and interest in vehicles, (.5) and email to M Healy re Vin Numbers, (.1) | 1.50 | $622.50 |
| **TOTAL** | | | **75.70** | **$25,756.00** |

**BIZGISTICS Doc. 213**

| Date | User | Description | Time | Fee |
|---|---|---|---|---|
| 12/15/2021 | MM | Review and revise motion on personal property sale and advise on risks related to same on identification of items, disclosure of personal relationships and moving ball forward. | 0.70 | $290.50 |
| 12/20/2021 | MM | Call with Del McGee re vehicle purchase of 3 vehicles, discuss logistics and timing of plan approval and details related to purchase agreement. | 0.30 | $124.50 |
| 12/22/2021 | MM | Review and revise motion to sell, CON, contract for D McGee | 0.20 | $83.00 |
| 12/23/2021 | MM | Advance changes / updates to McGee contract (.2) to address timing of payment and 100% down payment / pickup at the same time to address his needs for timing resolution. | 0.40 | $166.00 |
| 1/3/2022 | AG | Email counsel from ReadyCap re: status of paper titles and forward same to client (.1) and advance filing of proposed sale order for McGee sale (.2) | 0.30 | $90.00 |
| 1/3/2022 | AG | review and respond to email from S. Giles re: employee issue | 0.20 | $60.00 |
| 1/4/2022 | DS | review and respond to email from S. Giles re: employee issue Draft Proof of Service of Order Granting Debtor's Emergency Motion for Sale of Assets Free and Clear of All Liens, Claims, and Encumbrances, Pursuant to 11 U.S.C. § 363 and; file Proof of Service (.1). | 0.10 | $14.00 |
| 1/4/2022 | MM | Advane service of order on sale to McGee | 0.10 | $41.50 |
| 1/7/2022 | MM | Strategy and analysis of confirmation issues, re tolling agreement, truck sales, surcharge and administrative expense claims (.5) | 5.00 | $2,075.00 |
| 1/12/2022 | MM | Comm with D / S Giles re Titles to sold vehicles (.1) | 0.10 | $41.50 |

**BIZGISTICS Doc. 213**

| Date | User | Description | Time | Fee |
|---|---|---|---|---|
| 1/15/2022 | MM | follow up with S / D Giles re vehicle titles, sale of remaining vehicles, recap of RC Meeting (.5) | 0.50 | $207.50 |
| 1/21/2022 | DS | Update information for Unit, Lien and Owner on Master Truck List | 0.40 | $56.00 |
| 1/23/2022 | MM | Advance sale o f personal property to FedEx terminals in Florida review otential pourusers, contact poteetla perties wiht interest 1.5, long call S / D Giles re truck / trailer, tooks locations and issues with confirmation (1.2) and follow up with extensive term sheet (.6) | 3.30 | $1,369.50 |
| 1/25/2022 | MM | Follow up email and call discussions with ReadyCap and D McGee re sales | 0.30 | $124.50 |
| 1/25/2022 | MM | Call with D McGee re service truck. personal property and title to these (3) and follow u pcall to address P1000s and fixes needed (.3) Communicate iwth D Giles re sales and truck issues (.2) and review and revise chart to address same (.3) | 1.10 | $456.50 |
| 1/26/2022 | MM | Communicate with D McGee and D Giles re sales, of vhicles approved by Court, auhtization to have lot send orde rand sale paperwork (.3) communicate with C Morgan re obtaining tiles (.1) call with D McGee re Fecex biz, quality of vehicles, (.4) email and documentaiton to E Johaneson re same (.3) | 1.10 | $456.50 |
| 2/2/2022 | MM | Revise sale motion to deal with Staling horse, craigs list, FB market place concept and communicate iwth S / D Giles again re same (.6) Call with Ritchie Bros re potential sale (.3) and review and revise sale motion post-call to address new issues, terms provided on call (.4) | 1.30 | $539.50 |
| 2/4/2022 | MM | Call D Giles re abandonment of vhielces, truck, trailer and A Simon Voicemail | 0.30 | $124.50 |

**BIZGISTICS Doc. 213**

| Date | User | Description | Time | Fee |
|---|---|---|---|---|
| 2/6/2022 | MM | Finalize motion to abandon, (.1) emai lwith S / D Giles re sale and truck disposition( .1) review A Simon emails from S Giles and attached documentation (.2) | 0.40 | $166.00 |
| 2/7/2022 | AG | Strategy re: abandonment of assets and stay relief in response to request from C. Morgan (.8) Draft proposed agreed motion and corresponding proposed order for consideration by ReadyCap (.5) | 1.30 | $390.00 |
| 2/8/2022 | MM | / abandonment of remainign vehciles to readycap | 1.60 | $664.00 |
| 2/13//22 | MM | Review and revise stay relief / motion re abandonment (.5); call S D Giles re sanners, stay relief, vehicile location and safety (.3) | 0.80 | $332.00 |
| 2/17/2022 | MM | revie email re trucks from Clive and response re same after conferral from D Giles re truckpost locations (.4) | 0.40 | $166.00 |
| 2/17/2022 | MM | Draft M to sell vehiciles (.8) and affidavit of S Giles (.3) and communicate iwth R Bros (.4) reserach additional item related to stay relief (.2); email to C Morgan re stay relief (.1) | 1.80 | $747.00 |
| 2/18/2022 | MM | Draft response to M for Stay Relief (.4) | 0.40 | $166.00 |
| 2/23/2022 | MM | Review revise and respond and email exchanges with D McGee re sales of additional vehicles | 0.30 | $124.50 |
| 2/23/2022 | MM | Coordinate with J Ritchie re salvage Sale and "smalls" and email S/D Giles re same | 0.40 | $166.00 |
| 2/24/2022 | MM | Email with Clive Morgan and D McGee re sales of vehicles (.1) and follow up with D McGee, C Morgan, S/G Giles re additional sales issues, advancement of sales, prices, (.2) | 0.30 | $124.50 |
| 2/24/2022 | MM | Review and response to Erik Johanson re Claim objeciton | 0.40 | $166.00 |

**BIZGISTICS Doc. 213**

| Date | User | Description | Time | Fee |
|---|---|---|---|---|
| 2/25/2002 | MM | response to Del McGee re sales issues (.2) tripart communications with C Morgan, D McGee and D Giles to discuss sales issues (.1) | 0.30 | $124.50 |
| 2/27/2022 | MM | Revise response to Motion for Relief from stay and prepare agreed order to reduce disputes and communicate with C Morgan re same (.6), Communicate with C Morgan and D McGee re offers on various vehicles (.3) advance preparation of modified sale list (.2) | 1.10 | $456.50 |
| 2/28/2022 | DS | Update master vehicle speadsheet with the value and locations (.1); file Reponse to Amended motion for Relief from the Automatic Stay (Agreeing in Part and Oppsoing in Part)(.1)). | 0.20 | $28.00 |
| 3/7/2022 | MM | Again address motion for stay relief by Clive Morgan (readyCap), request for mutual joint motion instead of contested matter (.2), and review Debtor's thoughts on Auction Values vs. Commercially Reasonable values upon stay relief and research related to same (2) | 0.40 | $166.00 |
| 3/8/2022 | MM | (and discuss vehicle storage issue with Clive Morgan and Darrell. .2) | 0.20 | $83.00 |
| 3/21/2022 | MM | and email to Clive Morgan with update on truckspot lot. .1 | 0.10 | $41.50 |
| 4/1/2022 | MM | Email to S Giles / D Giles re plan, notice of completion and abandonment. | 0.10 | $41.50 |
| 4/1/2022 | MM | Call *Left VM* to C Morgan re truckspot, when we can obtain a response to M to Value. | 1.00 | $415.00 |
| 4/4/2022 | MM | Review and approve notice of abandonment. (.2) | 0.20 | $83.00 |
| 4/9/2022 | MM | ReadyCap has not transferred title, ask for follow up and whether interested in potential buyer (.1) and Call from Robert Jackson looking to buy vehicles. (.1) | 0.20 | $83.00 |

**BIZGISTICS Doc. 213**

| Date | User | Description | Time | Fee |
|---|---|---|---|---|
| 4/14/2022 | MM | Call with D Giles re TruckSpot and response to email from Truckspot re towing, advise on next steps to advance and transfer title, query lack of response from ReadyCap. | 0.30 | $124.50 |
| 4/15/2022 | MM | Call with Jennifer at Truckspot to discuss status of arrears, towing situation, liens, etc. .2 Emails to DG SG re pleadigs, IRS proof of claim and Banner Depo. .2 | 0.40 | $166.00 |
| 4/15/2022 | MM | follow up AGAIN with (D Giles)(.1) and ReadyCap with email and voicemail to facilitate transfer of title, truckspot issue. (.1) | 0.20 | $83.00 |
| 4/16/2022 | MM | Email C Morgan again and advise of COB Monday for dealing with Trucks and title issues. | 0.10 | $41.50 |
| **TOTAL** | | | **28.60** | **$11,469.50** |