**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.uscourts.gov**

In re                                                                                           Chapter 11

BIZGISTICS, INC.                                                                 Case No. 3:21-bk-02197-RCT

    Debtor.
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

    1.    A preliminary hearing in this case will be held before the Honorable Roberta Colton, on **Wednesday, July 20, 2022, at 2:30 p.m.** at Jacksonville, FL - Courtroom 4C, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Florida, on the following matter:

**MOTION TO SURCHARGE PURSUANT TO 11 U.S.C. § 506(c)**
**(DOC. NO. 263)**

    2.    UNTIL FURTHER NOTICE, parties may attend the hearing by Zoom or by telephone only. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Solutions (www.court−solutions.com) by 5:00 p.m. the business day preceding the hearing. NOTE: All parties should proceed to the website and select 'Sign Up'. For unrepresented parties only, before submitting the completed form, you must select 'I am not an attorney' and 'Certified Indigent'. Once the information is submitted you will receive an email with further instructions.

    3.    The Court may continue this matter upon announcement made in open court without further notice.

    4.    Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

    Dated: July 8, 2022.

                                                          Respectfully submitted,

                                                          /s/ Megan W. Murray
                                                          Megan W. Murray
                                                          Florida Bar Number 0093922

        Adam M. Gilbert
        Florida Bar Number 1011637
        UNDERWOOD MURRAY, P.A.
        100 N. Tampa St., Suite 2325
        Tampa, FL 33602
        Tel: (813) 540-8401 / Fax: (813) 553-5345
        Email: mmurray@underwoodmurray.com
                agilbert@underwoodmurray.com
        *Counsel to the Debtor*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, on July 8, 2022, including the United States Trustee, who is registered to receive electronic notices in this case.

        /s/ Megan W. Murray
        Megan W. Murray, Esq.